THE INDIANAPOLIS AND CINCINNATI RAILROAD COMPANY *v.* STARK and Another.

APPEAL from the Decatur Circuit Court.

ELLIOTT, C. J.—This was a suit against the railroad company to recover the value of a quantity of wood destroyed

by fire at New.Point, in Decatur county. The facts in the case and the questions presented are substantially the same as in the immediately preceding case of the same railroad company v. *Paramore*, and the judgment is reversed for the same reasons given in that case.

Judgment reversed, with costs, and the cause remanded for a new trial.

*U. J. Hammond* and *L. Howland*, for appellant.

*B. W. Wilson*, *J. Gavin*, *J. D. Miller*, and *W. H. Carrol*, for appellees.